SAMUEL LEVIN, Appellant, v 40 FIFTH AVENUE CORPORATION, Respondent.

Submitted December 11, 2006; decided December 21, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right pursuant to CPLR 5601 (d) from the September 2006 order of Supreme Court.

In the Matter of SANITATION GARAGE, BROOKLYN DISTRICTS 3 AND 3A. CITY OF NEW YORK, Respondent; 60 NOSTRAND AVENUE, LLC, et al., Appellants. (Matter No. 1.)

MARCY HOUSING TENANTS ASSOCIATION et al., Appellants, v CITY OF NEW YORK et al., Respondents. (Matter No. 2.)

Submitted November 6, 2006; decided December 21, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.